DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM ROBERT HAMILTON, III,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2198

[December 23, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 432013CF000555A.

Clayton R. Kaeiser, Miami, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***